

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00012-CV

_____

JEREMY GRUNEWALD, DEVIL'S CASK, LLC (TX), DEVIL'S CASK, LLC (FL), DEVIL'S CASK SERVICES, LLC (TX), AND DEVIL'S CASK INC., Appellants

V.

SHAWN NEWELL, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-348089-23

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 21, 2024